```
 1  LATHAM & WATKINS LLP
 2    Peter K. Rosen (Bar No. 82725)
      peter.rosen@lw.com
 3    Alexandra A. Roje (Bar No. 210566)
      alex.roje@lw.com
 4    Rebecca B. Torres (Bar No. 248019)
      rebecca.torres@lw.com
 5  633 West Fifth Street, Suite 4000
    Los Angeles, California 90071-2007
 6  Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
 7
 8  Attorneys for Defendants and Counterclaimants
    Metropolitan Culinary Services, Inc.
 9  and MCS Burbank LLC
10
11                UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA
13
14  VALLEY FORGE INSURANCE CO.,    CASE NO. CV 07-5983 DDP(SSX)
15         Plaintiff,              COUNTERCLAIMS FOR
                                   DECLARATORY RELIEF, BREACH
16      v.                         OF CONTRACT AND TORTIOUS
                                   BREACH OF THE IMPLIED
17  METROPOLITAN CULINARY          COVENANT OF GOOD FAITH AND
    SERVICES, INC., ET AL.,        FAIR DEALING; DEMAND FOR
18                                 JURY TRIAL
          Defendants.
19
20  METROPOLITAN CULINARY
    SERVICES, INC., ET AL.,
21
           Counterclaimants,
22
        v.
23
    VALLEY FORGE INSURANCE CO.,
24
          Counterdefendants.
25
26        COME NOW Defendants and Counterclaimants Metropolitan
27  Culinary Services, Inc. and MCS Burbank LLC, alleging as follows:
28  ///
```

LATHAM&WATKINS LLP   LA\1813650.1
ATTORNEYS AT LAW
LOS ANGELES

COUNTERCLAIMS; DEMAND FOR JURY TRIAL

[Stamps: ORIGINAL; FILED CLERK, U.S. DISTRICT COURT JAN -9 2008 CENTRAL DISTRICT OF CALIFORNIA; RECEIVED BUT NOT FILED JAN -9 2008; VOLUMINOUS FOLDER LOCATED NEXT TO FILE.]