JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN CULINARY SERVICES, INC., a California corporation; MCS Burbank, LLC, a Nevada limited liability company, <br><br> Defendants. | Case No. CV 07-05983 DDP (SSx) <br><br> **ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: June 14, 2010

_____
DEAN D. PREGERSON
United States District Judge